# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 17-1945          **Short Title:** Ayyadurai v. Floor64, Inc., et a

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

_____          October 10, 2017
Signature                           Date

Timothy Cornell
Name

Cornell Dolan, P.C                  (617) 535-7763
Firm Name (if applicable)           Telephone Number

One International Place, Suite 1400  (617) 535-7650
Address                              Fax Number

Boston, MA 02110                    tcornell@cornelldolan.com
City, State, Zip Code               Email (required)

Court of Appeals Bar Number: 1170236

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).