# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 17-1945        **Short Title:** Ayyadurai v. Floor64, Inc., et al

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from 09/06/2017
  2. Date this notice of appeal filed 09/24/2017
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  ☑ Yes   ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  ☐ Yes   ☐ No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  ☐ Yes   ☐ No
        If yes, explain _____

C. Has this case previously been appealed?  ☐ Yes   ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  ☐ Yes   ☑ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Floor64, Inc.
      Attorney Robert A. Bertsche, PRINCE LOBEL TYE LLP
      Address One International Place, Suite 3700, Boston, Massachusetts 02110
      Telephone (617) 456-8018

   2. Adverse party Michael David Masnick
      Attorney Robert A. Bertsche, PRINCE LOBEL TYE LLP
      Address One International Place, Suite 3700, Boston, Massachusetts 02110
      Telephone (617) 456-8018

   3. Adverse party Leigh Beadon
      Attorney Robert A. Bertsche, PRINCE LOBEL TYE LLP
      Address One International Place, Suite 3700, Boston, Massachusetts 02110
      Telephone (617) 456-8018

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Dr. Shiva Ayyadurai
      Address
      Telephone

      Attorney's name Timothy Cornell
      Firm Cornell Dolan, P.C
      Address One International Place, Suite 1400, Boston, MA 02110
      Telephone (617) 535-7763

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

    Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _[signature]_

Date October 10, 2017