## CERTIFICATE OF SERVICE

    Pursuant to Fed. R. App. P. 25, I hereby certify that I have electronically filed a true copy of the foregoing with the Clerk of Court using the CM/ECF system, which will electronically serve copies to the following:

Robert A. Bertche and Jeffrey J. Pyle
Prince Lobel Tye LLP
One International Place
Ste 3700
Boston, MA 02110
*Counsel for the Defendants*

counsel for the Defendants.

                                        /s/ Timothy Cornell