# United States Court of Appeals
## For the First Circuit

Nos. 17-1945
17-1991

DR. SHIVA AYYADURAI

Plaintiff - Appellant/Cross-Appellee

v.

LEIGH BEADON; FLOOR64, INC., d/b/a Techdirt; MICHAEL DAVID MASNICK

Defendants - Appellees/Cross-Appellants

DOES 1-20

Defendants

### ORDER OF COURT

Entered: October 30, 2017
Pursuant to 1st Cir. R. 27.0(d)

The following is the briefing schedule for these cross-appeals:

First Brief: Appellant Dr. Shiva Ayyadurai's principal brief and appendix are due on or before **December 11, 2017**;

Second Brief: Appellees Leigh Beadon, Floor64, Inc. and Michael David Masnick's principal/response brief must be filed within 30 days of service of the first brief;

Third Brief: Appellant Dr. Shiva Ayyadurai's response/reply must be filed within 30 days of service of the second brief; and

Fourth Brief: Appellees Leigh Beadon, Floor64, Inc. and Michael David Masnick's reply brief must be filed within 14 days of service of the third brief.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Timothy M. Cornell
Robert A. Bertsche
Jeffrey J. Pyle
Thomas R. Sutcliffe
Charles J. Harder
Douglas E. Mirell
Ryan J. Stonerock