# CROSS APPEALS
**FED. R. APP. P. 28.1**

## INFORMATION SHEET

| BRIEF | BRIEF COVER Fed. R. App. P. 28.1 | LENGTH LIMIT Fed. R. App. P. 28.1(e) | DUE DATE Fed. R. App. P. 28.1(f) |
|---|---|---|---|
| **First Brief**<br><br>Petitioner/Cross-Respondent's PRINCIPAL BRIEF<br>*(Ayyadurai)* | Blue | 30 PAGES<br>*or*<br>14,000 WORDS/<br>1,300 LINES (monospaced text only) | 40 days after record is complete or date set by Clerk's Office |
| **Second Brief**<br><br>Respondent/Cross-Petitioner's PRINCIPAL/RESPONSE BRIEF<br>*(Beadon, Floor 64, Masnick)* | Red | 35 PAGES<br>*or*<br>16,500 WORDS/<br>1,500 LINES (monospaced text only) | 30 days later |
| **Third Brief**<br><br>Petitioner/Cross-Respondent's RESPONSE/REPLY BRIEF<br>*(Ayyadurai)* | Yellow | 30 PAGES<br>or<br>14,000 WORDS/<br>1,300 LINES (monospaced text only) | 30 days later |
| **Fourth Brief**<br><br>Respondent/Cross-Petitioner's REPLY BRIEF<br>*(Beadon, Floor 64, Masnick)* | Grey | 15 PAGES<br>*or*<br>7,000 WORDS/<br>650 LINES (monospaced text only) | 14 days later |